**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00134-KJD-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| ROBERT BOUDEREAUX, | |
| Defendants. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The additional time requested herein is not sought for purposes of delay.

2. Counsel Kendall S. Stone, attorney for ROBERT BOUDEREAUX, needs additional time to prepare for sentencing.

3. Counsel has spoken to Defendant and he has no opposition to the continuance.

4. Counsel has spoken to the Government and they have no opposition to the continuance.

5. The parties agree to the continuance.

6. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively prepare for sentencing, taking into account the exercise of due diligence.

7. Denial of this request for continuance would deny counsel for sufficient time to effectively represent the defendant.

This is the first Stipulation to continue the sentencing and related dates in this matter.

3

## ORDER

**IT IS THEREFORE ORDERED** that the sentencing currently set for May 16, 2023 at 9:30 a.m., is vacated and continued to June 13, 2023 at 11:00 a.m. in courtroom 4A.

DATED this 15th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE